Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−11287−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Edwards
   33 Ely Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−7649

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    3/28/19
Time:                    08:30 AM
Location:                Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 12, 2019
JAN: nds

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11287-RG
Richard Edwards                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 12, 2019
                             Form ID: 132          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db            +Richard Edwards,    33 Ely Place,    East Orange, NJ 07017-3304
cr            +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,   Arlington, TX 76096-3853
518052498    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
               P.O Box 183853,    Arlington, TX 76096)
517980216    +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
517980219    +KML Law Group PC,   Attorneys At Law,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517980220    +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517980221    +M & T Bank,   PO Box 619063,    Dallas, TX 75261-9063
517980222    +Majestic Lake Financial,    East K, 635 State Hwy 20,    Upper Lake, CA 95485-8793
517980682    +Michell Williams,   80 Greenleaf Meadows,    Rochester, NY 14612-4307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 23:33:47     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:45      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517980217    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 23:30:39      Capital One,
               Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
518045034    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2019 23:44:37
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517980218    +E-mail/PDF: creditonebnkotifications@resurgent.com Mar 12 2019 23:31:05      Credit One Bank,
               Attn: Bankruptcy,   Po Box 98873,    Las Vegas, NV 89193-8873
518062885     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2019 23:30:46      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518012817     E-mail/PDF: cbp@onemainfinancial.com Mar 12 2019 23:30:53     ONEMAIN,    PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
517980223    +E-mail/PDF: cbp@onemainfinancial.com Mar 12 2019 23:30:12     OneMain Financial,
               Attn: Bankruptcy,   601 Nw 2nd Street,    Evansville, IN 47708-1013
517980224    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 12 2019 23:32:54
               Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
              kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com
              Sarah J. Crouch   on behalf of Debtor  Edwards nickfitz.law@gmail.com
              nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 5