Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11287−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Edwards
   33 Ely Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−7649

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2019
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-11287-RG
Richard Edwards                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 22, 2019
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db         +Richard Edwards,    33 Ely Place,    East Orange, NJ 07017-3304
cr         +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
517980219  +KML Law Group PC,    Attorneys At Law,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517980220  +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517980221  +M & T Bank,    PO Box 619063,    Dallas, TX 75261-9063
517980222  +Majestic Lake Financial,    East K, 635 State Hwy 20,    Upper Lake, CA 95485-8793
518181196  +Michell C. Williams,    80 Grenleaf Meadows,    Rochester, NY 14612-4307
517980682  +Michell Williams,    80 Greenleaf Meadows,    Rochester, NY 14612-4307
518181197   NYS Child Support,    Processing Center,    PO Box 15368,    Albany, NY 12212-5368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518052498        EDI: PHINAMERI.COM May 23 2019 03:48:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
517980216       +EDI: PHINAMERI.COM May 23 2019 03:48:00      AmeriCredit/GM Financial,   Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
517980217       +EDI: CAPITALONE.COM May 23 2019 03:48:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518045034       +EDI: AIS.COM May 23 2019 03:48:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517980218       +EDI: RCSFNBMARIN.COM May 23 2019 03:48:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
518062885        EDI: RESURGENT.COM May 23 2019 03:48:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518156875        E-mail/Text: camanagement@mtb.com May 23 2019 00:14:35      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
518012817        EDI: AGFINANCE.COM May 23 2019 03:48:00      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
518181195       +EDI: AGFINANCE.COM May 23 2019 03:48:00      One Main Financial,   Attn: Bankruptcy,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
517980223       +EDI: AGFINANCE.COM May 23 2019 03:48:00      OneMain Financial,   Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
517980224       +EDI: VERIZONCOMB.COM May 23 2019 03:48:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
518136786       +EDI: AIS.COM May 23 2019 03:48:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: May 22, 2019
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 7