Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−11287−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Edwards
   33 Ely Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−7649

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/21/19 and a confirmation hearing on such Plan has been scheduled for 3/20/19.

The debtor filed a Modified Plan on 8/12/19 and a confirmation hearing on the Modified Plan is scheduled for 9/18/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 13, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11287-RG
Richard Edwards                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 13, 2019
                              Form ID: 186             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
```
db              +Richard Edwards,    33 Ely Place,    East Orange, NJ 07017-3304
517980219       +KML Law Group PC,   Attorneys At Law,    216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517980220       +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd,   Miami, FL 33146-1837
517980221       +M & T Bank,   PO Box 619063,    Dallas, TX 75261-9063
517980222       +Majestic Lake Financial,    East K, 635 State Hwy 20,   Upper Lake, CA 95485-8793
518181196       +Michell C. Williams,    80 Grenleaf Meadows,    Rochester, NY 14612-4307
517980682       +Michell Williams,    80 Greenleaf Meadows,    Rochester, NY 14612-4307
518181197        NYS Child Support,    Processing Center,   PO Box 15368,   Albany, NY 12212-5368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2019 00:16:54      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2019 00:16:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2019 00:16:21
                 AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,
                 Arlington, TX 76096-3853
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2019 00:16:21
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518052498        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2019 00:16:21
                 Americredit Financial Services, Inc.,    Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
517980216       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2019 00:16:21
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
517980217       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 00:20:02      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518045034       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 00:20:21
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517980218       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 14 2019 00:20:05      Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
518062885        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2019 00:19:29      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518156875        E-mail/Text: camanagement@mtb.com Aug 14 2019 00:16:26      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
518012817        E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 00:19:52      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
518181195       +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 00:20:36      One Main Financial,
                 Attn: Bankruptcy,    601 NW 2nd Street,   Evansville, IN 47708-1013
517980223       +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 00:20:36      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,   Evansville, IN 47708-1013
517980224       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2019 00:15:38
                 Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
518136786       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 00:21:11      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2019
                              Form ID: 186             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Fitzpatrick    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```