Sarah J. Crouch, Esq. (SC 1174)  
Fitzgerald & Crouch, P.C.  
649 Newark Avenue  
Jersey City, NJ 07306  
Phone:(201)533-1100  
Fax: (201)533-1111  
Attorney for Debtor

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court  
District of New Jersey  
----------------------------------x  
In Re:                              Chapter 13

                                    Case No.: 19-11287

RICHARD EDWARDS
                                    Honorable Rosemary Gambardella
Debtor,
                                    HEARING DATE: September 4, 2019



----------------------------------x

**ORDER REINSTATING LOSS MITIGATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 5, 2019**

Honorable Rosemary Gambardella  
United States Bankruptcy Judge

**Page 2**
Debtor:  Richard Edwards
Case No. 19-11287
Caption: ORDER REINSTATING LOSS MITIGATION

---

This matter having come before the Court upon the debtors' Application for an Order reinstating loss mitigation, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the order extending loss mitigation entered on February 13, 2019 shall further extended in connection with the property located at 33 Ely Place, East Orange, NJ 07017;

**ORDERED** that the Loss Mitigation Order entered on February 13, 2019 shall be reinstated;

**ORDERED** that the Loss Mitigation period is hereby extended to November 12, 2019;

**ORDERED** that the Debtor shall serve a copy of this order on all parties to this matter within ten (20) days of the entry of this order.