Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Phone:(201)533-1100
Fax: (201)533-1111
Attorney for Debtor

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------x
In Re:                              Chapter 13

                                    Case No.: 19-11287
RICHARD EDWARDS
                                    Honorable Rosemary Gambardella
Debtor,
                                    HEARING DATE: September 4, 2019


-----------------------------------x

ORDER REINSTATING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 5, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Richard Edwards
Case No. 19-11287
Caption: ORDER REINSTATING LOSS MITIGATION

------------------------------------------------------------------

This matter having come before the Court upon the debtors' Application for an Order reinstating loss mitigation, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the order extending loss mitigation entered on February 13, 2019 shall further extended in connection with the property located at 33 Ely Place, East Orange, NJ 07017;

**ORDERED** that the Loss Mitigation Order entered on February 13, 2019 shall be reinstated;

**ORDERED** that the Loss Mitigation period is hereby extended to November 12, 2019;

**ORDERED** that the Debtor shall serve a copy of this order on all parties to this matter within ten (20) days of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Edwards  
      Debtor

Case No. 19-11287-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Sep 05, 2019  
　　　　　　　　　　Form ID: pdf903　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db　　　　+Richard Edwards,　33 Ely Place,　East Orange, NJ 07017-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

    Denise E. Carlon　　on behalf of Creditor　LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    James J. Fitzpatrick　　on behalf of Debtor Richard　Edwards nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com  
    John R. Morton, Jr.　　on behalf of Creditor　Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
    Kevin Gordon McDonald　　on behalf of Creditor　LAKEVIEW LOAN SERVICING, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann　Greenberg　　magecf@magtrustee.com  
    Nicholas　Fitzgerald　　on behalf of Debtor Richard　Edwards nickfitz.law@gmail.com  
    Sarah J. Crouch　　on behalf of Debtor Richard　Edwards nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8