Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                            Case No.: 19−11287−RG
                                            Chapter: 13
                                            Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Edwards
   33 Ely Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−7649

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2020
JAN: slm

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                              Case No. 19-11287-RG
Richard Edwards                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: 148             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Richard Edwards,    33 Ely Place,    East Orange, NJ 07017-3304
517980219      +KML Law Group PC,    Attorneys At Law,   216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517980220      +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517980221      +M & T Bank,    PO Box 619063,    Dallas, TX 75261-9063
517980222      +Majestic Lake Financial,    East K, 635 State Hwy 20,    Upper Lake, CA 95485-8793
518181196      +Michell C. Williams,    80 Grenleaf Meadows,    Rochester, NY 14612-4307
517980682      +Michell Williams,    80 Greenleaf Meadows,    Rochester, NY 14612-4307
518181197       NYS Child Support,    Processing Center,   PO Box 15368,    Albany, NY 12212-5368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2020 23:14:16      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2020 23:14:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Jan 25 2020 04:13:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 PO BOX 183853,   Arlington, TX 76096-3853
cr             +EDI: PHINAMERI.COM Jan 25 2020 04:13:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,    Arlington, TX 76014-4101
518052498       EDI: PHINAMERI.COM Jan 25 2020 04:13:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
517980216      +EDI: PHINAMERI.COM Jan 25 2020 04:13:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,   Arlington, TX 76096-3853
517980217      +EDI: CAPITALONE.COM Jan 25 2020 04:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518045034      +EDI: AIS.COM Jan 25 2020 04:13:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517980218      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 24 2020 23:18:47      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518062885       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 23:18:48      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518156875       E-mail/Text: camanagement@mtb.com Jan 24 2020 23:14:13      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
518012817       EDI: AGFINANCE.COM Jan 25 2020 04:13:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
518181195      +EDI: AGFINANCE.COM Jan 25 2020 04:13:00      One Main Financial,    Attn: Bankruptcy,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
517980223      +EDI: AGFINANCE.COM Jan 25 2020 04:13:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
517980224      +EDI: VERIZONCOMB.COM Jan 25 2020 04:13:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
518136786      +EDI: AIS.COM Jan 25 2020 04:13:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: 148              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Fitzpatrick    on behalf of Debtor Richard  Edwards nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Richard  Edwards Fitz2Law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Richard  Edwards 7943@notices.nextchapterbk.com,
           nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```